UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAR 6 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH TAYLOR; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> GOOGLE, LLC, <br><br> Defendant-Appellee. | No. 22-16654 <br><br> D.C. No. 5:20-cv-07956-VKD <br> Northern District of California, <br> San Jose <br><br> ORDER |

Before: MILLER, BADE, and VANDYKE, Circuit Judges.

Defendant-Appellee Google LLC's motion for an extension of time to file a petition for rehearing and rehearing en banc, Dkt. 41, is **GRANTED**. The petition must be filed no later than April 12, 2024.