UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOSEPH TAYLOR; et al.,

        Plaintiffs - Appellants,

  v.

GOOGLE, LLC,

        Defendant - Appellee.

No. 22-16654

D.C. No. 5:20-cv-07956-VKD
U.S. District Court for Northern
California, San Jose

**MANDATE**

      The judgment of this Court, entered February 28, 2024, takes effect this

date.

      This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                    FOR THE COURT:

                    MOLLY C. DWYER
                    CLERK OF COURT